days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2422. IN RE DISCIPLINE OF TENENBAUM. Joel David Tenenbaum, of Greenville, Del., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2423. IN RE DISCIPLINE OF ISRAEL. Kenneth Tremayne Israel, of Marietta, Ga., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2424. IN RE DISCIPLINE OF ROBERTS. Barry Gordon Roberts, of Atlanta, Ga., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2425. IN RE DISCIPLINE OF AYELE. Mikre-Michael Ayele, of Arlington, Va., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2426. IN RE DISCIPLINE OF ZAMECK. Harvey Jason Zameck, of Southfield, Mich., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 05M50. SCHAFLER v. NEWSOME, CHIEF BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied. JUSTICE BREYER took no part in the consideration or decision of this motion.